TIMOTHY J. LEPORE (SBN 13908)
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 954-8300
Facsimile: (213) 312-2001
Email: timothy.lepore@rmkb.com

Attorneys for Defendant
ARMADA CORP. OF NEVADA.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. JELINEK,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ARMADA CORP,<br><br>    Defendants. | CASE NO. 2:19-cv-00294-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ARMADA CORP. OF NEVADA TO RESPOND TO PLAINTIFF THOMAS A. JELINEK'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

  Defendant Armada Corp. of Nevada (hereinafter "ACN"), by and through its counsel, Timothy J. Lepore of Ropers Majeski Kohn & Bentley, and Plaintiff Thomas A. Jelinek ("Plaintiff"), by and through its counsel, David Krieger and Shawn Miller of Haines & Krieger, hereby stipulate and agree as follows:

  1.  On February 19, 2019, Plaintiff filed his Complaint in the United District Court, Central District of Nevada, naming ACN as a defendant (erroneously sued as "Armada Corp.").

  2.  On February 19, 2019, this Court issued Summons for ACN, directing ACN to respond to the Compliant within 21 days after service of the Complaint and Summons.

  3.  On February 20, 2019, Plaintiff caused for a process server to serve the Complaint and Summons on ACN's registered agent. As a result, according to Rule 12 of the Federal Rules of Civil Procedure, ACN's last day to respond to Plaintiff's Complaint is March 13, 2019.

  4.  On March 8, 2019, and pursuant to Local Rule IA 6-1, Plaintiff and ACN

- 1 -

stipulated to ACN's first request for the Court to extend ACN's deadline to respond to the Complaint by 30 days. ACN requested this extension because it recently retained its counsel to represent ACN in this action, and ACN needed time to investigate the allegations of Plaintiff's Complaint prior to responding to it.

5. Accordingly, Plaintiff and ACN have stipulated that ACN's last day to file a responsive pleading or motion to Plaintiff's Complaint is April 12, 2019.

**IT IS SO STIPULATED.**

Dated: March 12, 2019　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Timothy J. Lepore*
　　TIMOTHY J. LEPORE
　　Attorneys for Defendant
　　ARMADA CORP. OF NEVADA

Dated: March 12, 2019　　　　　　　　HAINES & KRIEGER

By: */s/ Shawn Miller*
　　DAVID KRIEGER
　　SHAWN MILLER
　　Attorneys for Plaintiff
　　THOMAS A. JELINEK

**IT IS SO ORDERED**: Defendant ACN's last day to file a responsive pleading or motion to Plaintiff's Complaint is April 12, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 13, 2019